David Chertow, Appellee, v. Harry C. Cohen, H. Markham and Hilda Markham, Trading as H. Markham and Company, a Copartnership, and also Trading as Marathon Watch Company, Appellants.

Gen. No. 45,244.

A. A. Pantelis, and Louis G. Geannopoulos, for appellants; Louis C. Geannopoulos, of counsel; Ben Copple, and Sidney Rothblatt, for appellee. Opinion by PRESIDING JUSTICE SCHWARTZ. **Not to be published in full.** Opinion filed April 24, 1951; released for publication May 8, 1951.